Timothy L. Reed, Bar No. 258034
treed@fordharrison.com
Noah M. Woo, Bar No. 311123
nwoo@fordharrison.com
**FORD & HARRISON LLP**
1901 Harrison Street, Suite 1650
Oakland, CA 94612
Telephone:  415-852-6910
Facsimile:   415-852-6925

Attorneys for Defendant
WALMART INC. (erroneously sued as
WALMART, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE HANEY,<br><br>      Plaintiff,<br><br>  v.<br><br>WALMART, INC., and DOES 1 through 100,<br><br>      Defendants. | Case No.<br><br>**DEFENDANT WALMART INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:     February 9, 2021<br>Action Removed: April 9, 2021 |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

In accordance with United States District Court, Northern District of California Local Rule 3-16, defendant Walmart Inc. (erroneously sued as WALMART, INC.) ("Defendant") makes the following disclosures relating to interested parties in the above-captioned action:

At this time, Defendant is not aware of any other party having an interest other than that of the named parties to this action.

Dated: April 12, 2021                              Respectfully submitted,

                                                   FORD & HARRISON LLP

                                                   By: /s/ *Noah M. Woo*
                                                   Timothy L. Reed
                                                   Attorneys for Defendant
                                                   WALMART INC. (erroneously sued as WALMART, INC.)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA/COUNTY OF ALAMEDA

I am a citizen of the United States and an employee in the County of Alameda. I am over the age of eighteen (18) years and not a party to the within action. My business address is FORD & HARRISON LLP, 1901 Harrison Street, Suite 1650, Oakland, California 94612.

On April 12, 2021, I served the within:

**DEFENDANT WALMART INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

on the following parties:

Brian D. Sudano, Esq.
Sudano Law Firm
1990 N. California Blvd., 8th Floor, Suite 830
Walnut Creek, CA 94596
Telephone:     (925) 849-4183
Facsimile:     (925) 849-4185
Email: bsudano@sudanolaw.com
*Attorney for Plaintiff BRIDGETTE HANEY*

__X__ **BY MAIL:** I caused such envelope to be deposited in the mail at Oakland, California. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on April 12, 2021, at Oakland, California.

*[Signature]*

BRIDGETTE C. BURDICK