| | |
|---|---|
| 1 | Timothy L. Reed, Bar No. 258034 |
| 2 | treed@fordharrison.com |
|   | Noah M. Woo, Bar No. 311123 |
| 3 | nwoo@fordharrison.com |
|   | **FORD & HARRISON LLP** |
| 4 | 1901 Harrison Street, Suite 1650 |
|   | Oakland, CA  94612 |
| 5 | Telephone:   415-852-6910 |
|   | Facsimile:    415-852-6925 |

Attorneys for Defendant
WALMART INC. (erroneously sued as
WALMART, INC.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| BRIDGETTE HANEY, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT WALMART INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| WALMART, INC., and DOES 1 through 100, | Action Filed:      February 9, 2021 |
| | Action Removed:  April 9, 2021 |
| Defendants. | |

FORD & HARRISON LLP
ATTORNEYS AT LAW
OAKLAND

-1-

DEFENDANT WALMART INC.'S
CORPORATE DISCLOSURE
STATEMENT

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

In accordance with Federal Rule of Civil Procedure 7.1, defendant Walmart Inc. (erroneously sued as WALMART, INC.) ("Defendant") makes the following disclosures in the above-captioned action:

1. There is no parent corporation of Walmart Inc.

2. There is no publicly held corporation that owns 10% or more of the stock of Walmart Inc.

Dated: April 12, 2021

Respectfully submitted,

FORD & HARRISON LLP

By: */s/ Noah M. Woo*
Timothy L. Reed
Attorneys for Defendant
WALMART INC. (erroneously used as WALMART, INC.)

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA/COUNTY OF ALAMEDA

I am a citizen of the United States and an employee in the County of Alameda. I am over the age of eighteen (18) years and not a party to the within action. My business address is FORD & HARRISON LLP, 1901 Harrison Street, Suite 1650, Oakland, California 94612.

On April 12, 2021, I served the within:

**DEFENDANT WALMART INC.'S CORPORATE DISCLOSURE STATEMENT**

on the following parties:

Brian D. Sudano, Esq.
Sudano Law Firm
1990 N. California Blvd., 8th Floor, Suite 830
Walnut Creek, CA 94596
Telephone:     (925) 849-4183
Facsimile:     (925) 849-4185
Email: bsudano@sudanolaw.com
*Attorney for Plaintiff BRIDGETTE HANEY*

__X__   **BY MAIL:**  I caused such envelope to be deposited in the mail at Oakland, California.  I am readily familiar with the firm's practice for collection and processing of correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on April 12, 2021, at Oakland, California.

_____
BRIDGETTE C. BURDICK

WSACTIVELLP:12153440.1